794

*Opinion submitted April 26, 1934.*

By the Court.

As the business of the University of Illinois is not that of maintaining and operating buildings, as construed by the courts, the service of a janitor employed regularly in the maintenance and repair of the buildings would not bring such employment within the Workmen's Compensation Act. The case of *Therien* vs. *Industrial Commission,* 351 Ill. 166, seems directly in point upon the facts stated. (See *Lombard College* vs. *Industrial Commission,* 294 Ill. 548.) No award is recommended.